```
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 SEP 26  P 1:42
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Paul H. Cossette

    v.                              Case No. 05-fp-328

U.S. Department of Agriculture, Secretary

[handwritten: 1:05-cv-328-PB]

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

    Plaintiff's request to proceed *in forma pauperis* is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-328-**PB**.

    **SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: September 26, 2005

cc:    Paul H. Cossette, *pro se*

Cossette v. US Department of Agriculture, Secretary    Doc. 3