```
                                          U.S. DISTRICT COURT
                                          DISTRICT OF N.H.
                                          FILED

                                          2005 SEP 26  P 1:42
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Paul H. Cossette

    1:05-cv-328-PB

  v.                            Case No. 05-fp-328

U.S. Department of Agriculture, Secretary


### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed *in forma pauperis* is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned number 05-cv-328-**PB**.

**SO ORDERED.**

                                                  /s/ James R. Muirhead
                                                 James R. Muirhead
                                                 United States Magistrate Judge

Date:  September 26, 2005

cc:    Paul H. Cossette, *pro se*